ACCEPTED
06-16-00023-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2016 2:41:15 PM
DEBBIE AUTREY
CLERK

## No.   06-16-00023-CR

*IN The Sixth Court of Appeals*

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2016 2:41:15 PM
DEBBIE AUTREY
Clerk

*Texarkana, Texas*


*JOEY HUDDLESTON,*

*Appellant,*

*V.*

*THE STATE OF TEXAS,*

*Appellee.*


## *Appellant's Unopposed First Motion for Extension of Time to File Appellant's Brief*


TO THE HONORABLE SIXTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), the Appellant, Joey Huddleston, files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief was originally due on July 6, 2016.  Counsel for Appellant requests a 30-day extension of time to file its brief, making the brief due on August 5th, 2016.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

> Counsel has an unusually high number of cases set on a felony trial/status docket in the 188th District Court of Gregg County on July 6th, 2016, which is the current due date for Appellant's Brief. The cause numbers set on that docket are as follows: 45,060-A; 45,316-A; 45,364-A; 45,426-A; 45,536-A; 45,592-A; 45,613-A; 45,722-A; 47,734-A; and 45752-A. Counsel has had to spend a considerable amount of time visiting with these Defendants and preparing for their upcoming trials and pretrial matters. Counsel also was recently appointed to represent an individual accused of murder (among the usual court appointments), and Counsel has had to expend an unexpectedly large amount of time dealing with that case. Also, Counsel had hoped to spend some personal time with his family over the July 4th holiday weekend.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and opposing counsel has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## **PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including August 5th, 2016. Appellant requests all other relief to which it may be entitled.

Respectfully submitted,

*/s/Jeff T. Jackson*
Jeff T. Jackson
SBOT No. 24069976
736-A Hwy 259 N.
Kilgore, TX 75662
Phone:   903-654-3362
Fax:      817-887-4333
*Attorney for Appellant,*

*Joey Huddleston*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Tex. R. App. P. 9.5, I certify that on July 1, 2016, a copy of this motion was served on Appellee's counsel by e-File systems and email.

***/s/Jeff T. Jackson***
Jeff T. Jackson